| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 212<br>P.O. Box 500687 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|

**Jose M. Sablan**
USDC Cr. Cs. #02-00012-001
SS# XXX-XX-6745
DOB: XX-XX-1952

DATE    November 28, 2005

Clerk
District Court

NOV 2 8 2005

For The Northern Mariana Islands
By_____
                    (Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO        **Guam**

LEAVING    **November 28, 2005**    AND RETURNING    **December 12, 2005**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit with his faith healer, Emy Guzman, for treatment of chest pain.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while in the Guam;**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Rota, Northern Mariana Islands, for a longer period than authorized;**

3. **You shall call your probation officer if you change accommodations/location;**

4. **You shall call your probation officer within 24 hours upon your return to Rota; and**

5. **You shall report to U.S. Probation Officer John W. San Nicolas II in person within 72 hours of arriving in Guam. The address is 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910. Tel: (671) 473-9201.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

For **John W. San Nicolas II**
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

☒ APPROVED    ☐ DISAPPROVED

HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE Northern
MARIANAS ISLANDS

# UNITED STATES DISTRICT COURT
### DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER

<u>Guam Office</u>
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



<u>CNMI Office</u>
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

November 28, 2005

Honorable Alex R. Munson
Chief Judge
U.S. District Court
District Court of Northern Mariana Islands
Horiguchi Building
Saipan, MP 96950

                                     **RE: SABLAN, JOSE M.**
                                           U.S.D.C. Cr. Cs. No.: 02-00012-001

                                           <u>**TRAVEL REQUEST INFORMATION**</u>

Dear Judge Munson:

      Jose M. Sablan was sentenced on June 17, 2003 by Your Honor for Possession of Methamphetamine with Intent to Distribute and Distribution of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. He received three years probation with conditions that he not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; comply with the standard conditions of supervised release as adopted by the Court; not possess a firearm or other dangerous weapon; serve six months home confinement; refrain from use of any and all alcoholic beverages; participate in a substance abuse treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse; pay a fine of $2,000; and pay a $100 special assessment fee. Mr. Sablan has been on probation since June 17, 2003.

      Mr. Sablan is requesting the Court's permission to travel to Guam, to meet with his faith healer, Emy Guzman, for treatment of chest pain. He will be on travel status from November 28, 2005 to December 12, 2005.

Travel Request Information
Re:   SABLAN, Jose M.
USDC Cr. Cs. No. 02-00012-001
November 28, 2005
Page 2


As of September 13, 2005, Mr. Sablan has completed all special conditions of his supervised release term. On March 22, 2004, he completed his home confinement term and paid his fee in full on May 10, 2004. On January 19, 2005, he completed his drug treatment program, and has consistently tested negative on urinalysis and breathalyser tests. He paid his special assessment fee on June 16, 2003, and his fine obligation on May 3, 2004. He also submits monthly supervision reports in a timely manner. This Officer supports his travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U. S. Probation Officer


Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File

ATTN: OFFICER JOHN SANNICOLAS II
FAX: 473-9202

GUNMI - New Offender Orientation Packet Form 3
Rev 02/02

# TRAVEL REQUEST FORM

Date: 11-25-05
Name: JOSE M. SABLAN
Address: P.O. BOX 841
ROTA, MP 96951

Phone No.: (670) 532-6844
Destination: GUAM
Departure Date: 11-28-05
Return Date: 12-12-05
Purpose of Trip: TO MEET EMY GUZMAN OF TALOFOFO, GUAM TO PERFORM A HEALING SERVICE, FOR MY CHEST PAIN.

Persons traveling with: NONE

### Accommodations will be verified:
Name: JOYCE SANNICOLAS PEREZ
Address: TAMUNING, GUAM
Phone Number: Area Code (671) Tel: 646-8188 Cell: 888-0614

### Mode of Transportation:
#### Vehicle:
Make/Model: P/UP TRK. 1993
Tag Number: CS595 FAP
Owner of Vehicle: JOYCE SANNICOLAS PEREZ

#### Airline:
Name of Airline: CAPE AIR
Departure flight no. and time: 9518 - 8:05 PM
Return flight no. and time: 9604 - 3:45 PM

### Other Mode of Transportation: