PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation**

F I L E D
Clerk
District Court

# UNITED STATES DISTRICT COURT

FOR THE

JUN 2 6 2006

_District of the Northern Mariana Islands_

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE M. SABLAN | CRIMINAL CASE NO. 02-00012-001 |

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **June 16, 2006**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:  John Rice, AUSA
     Stephen Woodruff, Defense Counsel
     File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 26th day of June 2006

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands